IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLESA FLEWELLEN-EL,

    Plaintiff,

  v.

AT&T, INC.,

    Defendant.

No. C 17-04193 WHA

**ORDER RE AMENDED COMPLAINT**

Pro se plaintiff Glesa Flewellen-El has filed a motion for leave to amend her complaint, to which she attached an amended complaint (Dkt. No. 14). Plaintiff, however, need not seek leave to file this amended complaint as it is still within 21 days from the time she was served with defendant's first Rule 12(b) motion. *See* FRCP 15(a)(1)(B). Accordingly, plaintiff is entitled to file her amended complaint as of right.

Plaintiff shall please file any amended complaint as a separate docket entry entitled "Amended Complaint."

**IT IS SO ORDERED.**

Dated: October 31, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE